# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ARS INTERNATIONAL, LLC

VERSUS

PATRICK WILLIAMS

NO.   2020 CW 0941

**JANUARY 25, 2021**

---

In Re:   Patrick Williams, applying for rehearing, 18th Judicial District Court, Parish of West Baton Rouge, No. 45548.

---

**BEFORE:   THERIOT AND WOLFE, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT